UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCALES,<br><br>                    Plaintiff,<br><br>      -against-<br><br>SPOTIFY,<br><br>                    Defendant. | 24-cv-7900 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 09, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 9, 2024
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge